SCHULTE REAL ESTATE COMPANY, INC., Respondent, *v.* PEDEMODE, INC., Defendant, and JULIUS GROSSMAN, INC., Appellant.

(Argued January 14, 1935; decided February 26, 1935.)

*Samuel Robert Weltz* for appellant.
*Edwin A. Falk* and *Charles Trynin* for respondent.

Order affirmed, with costs. Fourth question certified answered in the negative; other questions not answered. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.